JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sebastian Vasilescu<br><br>                    Plaintiff,<br><br>v.<br><br>City of Los Angeles et al<br><br>                    Defendants. | Case No.  CV 16-04123-AB (AGRx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

        THE COURT having been advised that the above-entitled action has been settled;

        IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated:  June 8, 2017        _____
                            ANDRÉ BIROTTE JR.
                            UNITED STATES DISTRICT JUDGE

1